NANCY E. BANTA, Respondent, *v.* PANANOS HAGGITERIS, Appellant.

(Argued October 3, 1892; decided October 18, 1892.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made January 4, 1892, which reversed an order of Special Term requiring from plaintiff a further bill of particulars.

*A. J. Fransioli* for appellant.

*Robert T. B. Easton* for respondent.

Agree to affirm ; no opinion.
All concur.
Appeal dismissed.